### 18017.   THOMAS *v.* THE STATE.

BROYLES, C. J.   The motion for a new trial contained the usual general grounds only.   The verdict was authorized by the evidence; and, the

Criminal Law, 16 C. J. p. 1217, n. 45; 17 C. J. p. 271, n. 41.
Intoxicating Liquors, 33 C. J. p. 764, n. 1.

finding of the jury having been approved by the trial judge, this court is without authority to interfere.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED MAY 11, 1927.

Selling intoxicating liquor; from city court of Valdosta—Judge Cranford. February 25, 1927.

*W. B. Cook, Franklin & Langdale,* for plaintiff in error.

*R. G. Dickerson, solicitor-general,* contra.